In the matter of the estate of NELSON S. HIBBLER, deceased.

[Submitted July 10th, 1911.    Decided November 20th, 1911.]

On appeal of William S. Voorhees, trustee, from an order of the prerogative court advised by Vice-Ordinary Walker, whose opinion is reported in *78 N. J. Eq. (8 Buch.) 217.*

*Mr. James A. Gordon* and *Mr. Patrick H. Gilhooly,* for the respondents.

*Messrs. Collins & Corbin,* for the appellant.

PER CURIAM.

The order appealed from will be affirmed for the reasons stated

in the opinion delivered in the court below by Vice-Ordinary Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE—9.

*For reversal*—PARKER, BERGEN, VOORHEES—3.